UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH JAMAR MOSSON,

        Plaintiff,

v.

WAYNE COUNTY SHERIFF'S OFFICE,
ET. AL.,

        Defendants.
_____/

Case No. 13-13771

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

## JUDGMENT

All issues having been resolved by the Court's Order [91] of September 28, 2016, **THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 28th day of September 2016.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Michael E. Lang
        Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE